1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                         **DISTRICT OF NEVADA**

6

7   KEVIN WINDISCH,                          )
                                             )
8                    Plaintiff,              )
                                             )        3:08-cv-00664-RCJ-RAM
9              vs.                           )
                                             )
10  HOMETOWN HEALTH PLAN, INC. et al.,       )        **ORDER**
                                             )
11                   Defendants.             )
    ─────────────────────────────────────── )

12          This is a class action by a doctor against healthcare companies arising out of allegedly

13  improper reimbursement practices.  Plaintiff has filed a motion for class certification, and the

14  motion has been completely briefed and set for hearing.  In the meantime, the Supreme Court has

15  clarified the commonality requirement under Rule 23(a)(2), *see Wal-Mart Stores, Inc. v. Dukes*,

16  No. 10-277, 2011 WL 2437013, at *7–12 (2011), as well as the standards for combining

17  individual and class-wide relief under Rule 23(b), *see id.* at *12–15.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

1

**CONCLUSION**

2      IT IS HEREBY ORDERED that within twenty-one (21) days of the date of this order the

3  parties may submit supplemental briefs addressing the *Dukes* case, not to exceed twenty (20)

4  pages.  No responses are permitted, but the parties may attach additional exhibits if relevant to

5  the Rule 23 analysis under *Dukes*.

6      IT IS FURTHER ORDERED that the oral argument set for July 18, 2011 is VACATED,

7  and the parties shall arrange with the Deputy Clerk to set oral argument at a mutually agreeable

8  time, but no earlier than August 19, 2011.

9      IT IS SO ORDERED.

10      Dated this 27th day of June, 2011.       _____

11                                                              ROBERT C. JONES

12                                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25                                              Page 2 of  2